```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 04819
   TOMMY H HARPER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2627


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/19/2007 and was not confirmed.

      The case was dismissed without confirmation 08/06/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED NOT I        .00          .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00          .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00          .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    7667.00          .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     731.80          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         8274.17          .00            .00
CHILD SUPPORT ENFORCEMEN   UNSECURED      NOT FILED          .00            .00
CHILD SUPPORT ENFORCEMEN   UNSECURED      NOT FILED          .00            .00
PREMIER BANCARD CHARTER    FILED LATE           .00          .00            .00
ILLINOIS DEPT OF PUBLIC    UNSECURED      NOT FILED          .00            .00
LOYOLA UNIVERSITY PHYNS    UNSECURED      NOT FILED          .00            .00
NICOR GAS                  UNSECURED      NOT FILED          .00            .00
TCF BANK                   UNSECURED      NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        1745.47          .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY          260.00          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,984.00                     483.42
TOM VAUGHN                 TRUSTEE                                        35.83
DEBTOR REFUND              REFUND                                        311.55


       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    830.80

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  483.42
TRUSTEE COMPENSATION                             35.83
DEBTOR REFUND                                   311.55
                         ---------------    ---------------
TOTALS                     830.80               830.80


               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 04819 TOMMY H HARPER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 04819 TOMMY H HARPER